**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RAYMOND EUGENE BEST, JR.,**<br><br>**Defendant.** | **CR 25-37-BLG-SPW-3**<br><br><br>**FINAL ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 111) pursuant to Fed. R. Crim. P. 32.2(c)(2) of the property identified below. Having reviewed said Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 21 U.S.C. § 853(a)(1)-(2) for violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), to which Defendant Raymond Eugene Best, Jr. pled guilty.

2. The Court entered a Preliminary Order of Forfeiture (Doc. 92) on September 8, 2026, finding the following property subject to forfeiture and forfeiting Defendant's interest in it for the violation to which he pled guilty:

- $34,250.00 in United States currency.

3. All known interested parties were provided an opportunity to respond and published notice is complete (Doc. 110), as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).

4. To date, no third-party claims have been made to this property and the time for doing so expired when published notice was complete.

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Final Order of Forfeiture (Doc. 111) is **GRANTED** pursuant to 21 U.S.C. § 853(a)(1)-(2) and Fed. R. Crim. P. 32.2(c)(2).

2. The above-listed property is fully and finally forfeited to the United States, free from the claims of any other party.

3. The United States has full and legal title to this forfeited property and may dispose of it in accordance with governing law.

DATED this 24th day of November, 2026.

Susan P. Watters

SUSAN P. WATTERS
United States District Court Judge